UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY SITUATED,

                                   Plaintiff,

-against-

PLAZA COLLEGE, LTD.

                                   Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a) (1) (A) (ii)**

Case No. 1-17-cv-08042(RJS)

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed against the defendant Plaza College, Ltd. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This dismissal shall be with prejudice, provided, however, that, if the parties do not consummate their contemplated settlement within thirty (30) days of the date of this Stipulation of Voluntary Dismissal, the dismissal shall be without prejudice and with leave to reopen the above-captioned action.

GOTTLIEB & ASSOCIATES

By: *Dana L. Gottlieb*
Dana L. Gottlieb (DG-6151)
Jeffrey M. Gottlieb (JG-7905)
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, NY 10003
Tel: 212.879-0240
Fax: 212.982.6284

Dated: December 14, 2017

HINMAN STRAUB P.C.

By: /s/ David T. Luntz
David T. Luntz (DL1027)
*Attorneys for Defendant Plaza College, Ltd.*
121 State Street
Albany, NY 12207
(518) 436-0751

Dated: December 14, 2017

4848-6198-9208, v. 1