UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EMANUEL DELACRUZ,

                Plaintiff,

-v-

PLAZA COLLEGE, LTD.,

                Defendant.

No. 17-cv-8042 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement. (Doc. No. 18.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 14 and to close this case.

SO ORDERED.

Dated:    December 14, 2017
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE